Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

DOC NO
REC'D/FILED
2021 AUG 20 PM 2:45
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# UNITED STATES DISTRICT COURT
for the
Western District of WI
_____ Division

)   Case No.  21-cv-529-jdp
)   _(to be filled in by the Clerk's Office)_
Valerie L. Flores )
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Kasie Setterlund, Kristie Johnson, Richard B. Arnesen, Helen Bradbury
Stonehouse Development
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.   The Parties to This Complaint**

All partners ✓

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed. Richard Jackie Murphy, Kasie Setterlund, Kristie Johnson
Name  B. Arneson, Helen Bradbury  Stonehouse Development
Street Address  1010 E. Washington Ave
City and County  Madison, WI
State and Zip Code  53704
Telephone Number
E-mail Address

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Jackie Murphy
- Job or Title (if known): Operations Manager
- Street Address: 1010 E. Washington Ave
- City and County: Madison (Dane)
- State and Zip Code: WI 53704
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Kasie Setterlund
- Job or Title (if known): Operations Manager
- Street Address: 1010 E. Washington Ave
- City and County: Madison (Dane)
- State and Zip Code: WI 53704
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Richard B. Arneson
- Job or Title (if known): Owner/Principal
- Street Address: 1010 E. Washington Ave
- City and County: Madison (Dane)
- State and Zip Code: WI 53704
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Helen Bradbury
- Job or Title (if known): Owner/Principal
- Street Address: 1010 E. Washington Ave
- City and County: Madison (Dane)
- State and Zip Code: WI 53704
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question           [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* __Valerie L. Flores__, is a citizen of the State of *(name)* __Arizona__.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* ~~[scribbled]~~ __N/A__, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* __Stonehouse Development__, is a citizen of the State of *(name)* __Wisconsin__. Or is a citizen of *(foreign nation)* __USA__.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation

The defendant, *(name)* Stonehouse Development, is incorporated under the laws of the State of *(name)* Wisconsin, and has its principal place of business in the State of *(name)* Wisconsin.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* U.S.A.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$4 million money judgment requested (I would like a lien placed on the Overlook at Hilldale as it is extremely difficult to even go out into public)
*I want them to stop harrassing me by phone.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

discriminating against

A. Where did the events giving rise to your claim(s) occur?

The employees from Stonehouse Development have caused me a great deal of emotional distress since February 2020 from being grossly negligent with major maintenance problems in my apartment. This week was not addressing a faulty smoke detector times 2.

B. What date and approximate time did the events giving rise to your claim(s) occur?

- Greasy/broken microwave - Not changed for 8 months
- Outlets lighting up red (three times despite not using outlets)
- Mold on washer bellow piece for 3 years
- Corroded showerhead & kitchen sink corroded also
- Faulty smoke detectors not being fixed timely.

Page 4 of 6

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have been harrassed in the building by at least 2 tenants that I am aware of. They are still living there. Management has been negligent in fixing broken

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I need an injunction against Storehouse Development employees for engaging in negligent behavior & harrassment to try & force me out. Also for the fact that the 2 households I have to face them in various parts in the building.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunction from any Storehouse employee, their families, social media friends, & any of their business alliances.
 I have been very ill since November 2019 & taken by ambulance 4 different times. Currently my hands are swollen.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/20/2021

Signature of Plaintiff: Valerie L Flores

Printed Name of Plaintiff: Valerie L. Flores

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address